[No. 33866-8-I.    Division One.    February 21, 1995.]

MICHAEL D. CRAMER, ET AL, *Appellants*, v. SKAGIT
VALLEY HOSPITAL & HEALTH CENTER FOUNDATION,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 91-2-00443-1, Stanley K. Bruhn, J., entered
December 8, 1993. *Reversed* and *remanded* by unpublished
opinion per Grosse, J., concurred in by Kennedy and Agid,
JJ.

[No. 12958-6-III.    Division Three.    February 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MARC
VINCENT MCCLURE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 88-1-00325-1, Donald W. Schacht, J.,
entered November 30, 1992. *Affirmed* by unpublished opin-
ion per Schultheis, J., concurred in by Sweeney, A.C.J., and
Munson, J.

[No. 16101-0-II.    Division Two.    February 23, 1995.]

*In the Matter of the Marriage of* LEENA M. REIMANN,
*Respondent*, ALFRED REIMANN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-3-00255-9, Thomas Felnagle, J., entered May
5, 1992. *Affirmed* by unpublished opinion per Houghton,
A.C.J., concurred in by Morgan, J., and Alexander, J. Pro
Tem.